# First District Court of Appeal
## State of Florida

———————————————

No. 1D2025-2963

———————————————

KENNETH BRABHAM,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

———————————————

Petition for Writ of Certiorari—Original Jurisdiction.

April 10, 2026

PER CURIAM.

DISMISSED.

ROWE, M.K. THOMAS, and NORDBY, JJ., concur.

———————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————

Kenneth Brabham, pro se, Petitioner.

No appearance for Respondent.